May 14, 1982.

446 A.2d 676

Cahill v. Blair, Appellant.

Ar-

gued November 13, 1980. Maurice A. Nernberg, for appellant; James D. Belliveau, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.